UNITED STATES DISTRICT COURT     EASTERN DISTRICT OF TEXAS

LUCY CLARK,                                  §
                                             §
         Plaintiff,                          §
                                             §
                                             §     CIVIL ACTION NO. 1:26-CV-00151-
versus                                       §     MAC-CLS
                                             §
KEVIN MCCLANAHAN and                         §
MICHAEL ROSENTHAL,                           §
                                             §
         Defendants.                         §
                                             §

## ORDER ADOPTING THE MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Pursuant to the applicable laws and orders of this court, this action was referred to the Honorable Christine L. Stetson, United States Magistrate Judge, to conduct all pretrial proceedings, to enter findings of fact and recommend disposition on case-dispositive matters, and to determine non-dispositive matters.  28 U.S.C. § 636(b)(1); E.D. TEX. LOC. R. CV-72.

On May 18, 2026, Judge Stetson issued a Report and Recommendation (#7) advising that the court dismiss this case under 28 U.S.C. § 1915(e)(2)(B)(ii) because Plaintiff's wholly deficient complaint does not contain a plausibly stated claim and because Plaintiff failed to replead after Judge Stetson ordered (#4) her to replead.  To date, no objections were filed.

Accordingly, the court received and considered the Report and Recommendation of the United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence.  After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.  Therefore, the Report and

Recommendation (#7) is **ADOPTED** and Plaintiff's claims are hereby **DISMISSED** pursuant to

28 U.S.C. § 1915(e)(2)(B)(ii).  The clerk of court is directed to close this matter and deny as

moot any pending motions.

    **THIS IS A FINAL JUDGMENT**.

    SIGNED at Beaumont, Texas, this 8th day of June, 2026.


_____

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE